FILED

10/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0203

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0203

JOEY ZAHARA,

     Plaintiff and Appellant

v.

**ORDER**

ADVANCED NEUROLOGY
 SPECIALISTS,

     Defendant and Appellee.

     Upon joint motion of the parties to dismiss the matter based on execution of the parties' final settlement of the appeal and cross-appeal, and for good cause showing,

     IT IS ORDERED that this matter is dismissed with prejudice with each party bearing its and his own costs and fees.

     DATED this ___ day of October, 2024.

_____
Chief Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 8 2024